O. GATES GRIDLEY, Individually and as a Stockholder of Gridley Building Co., Inc., Suing on Behalf of Himself and All Other Stockholders Similarly Situated and in the Right of Said Corporation, Appellant, v. RUSSELL A. LARAGH et al., Respondents, and LAURA R. GRIDLEY, as a Director of Gridley Building Co., Inc., et al., Appellants.— Judgment affirmed, with costs. All

concur. (Appeals by plaintiff and by two of the defendants from a judgment dismissing plaintiff's complaint in an action to cancel issuance of stock.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.